UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OCA, INC., a Delaware corporation, and ORTHODONTIC CENTERS OF ALABAMA, INC., a Delaware corporation,     ) ) ) ) | Civil Action No. 07-0479 Section "R" (3) |
| Plaintiffs,     ) | Judge Sarah S. Vance |
| v.     ) ) | Magistrate Judge Daniel E. Knowles |
| MICHAEL F. McCARTHY, D.M.D., and MICHAEL F. McCARTHY, D.M.D., P.C., an Alabama Professional Corporation,     ) ) ) ) | |
| Defendants.     ) ) | |

NOW INTO COURT, through undersigned counsel, come Defendants MICHAEL F. McCARTHY, D.M.D., and MICHAEL F. McCARTHY, D.M.D., P.C., who herein submit their witness and exhibit list.

## WITNESS LIST

**Will Call:**
Dr. Michael McCarthy
Harold Asher (Expert)
Deen Kemsley (Expert)

**May Call:**
Vicky McCarthy
Chris Roussos
Paul Spansel
Bart Palmisano, Jr.
Michael Johnsen
David Verret
Damien Leone
Howard Mason
Jenee Dugas
Angela Evola
Dennis Buchman
Jessica Lynch
Angela Weber

Tony Paternostro
Cathy Green
Terri Zerringue
Derek Leonard
Thann Eastmann
Bart Palmisano, Sr.
Cathy Feagin
Audrianna Riley
Gaspar Lazzara
Jean Aylor
Kendra Morton
Zondra Bridgewater
Michelle Carollo
Janet Maynard
Dr. Robert Amason
Dr. Warren Apollon
Dr. Ford Cooper
Dr. Darrin Cupo
Dr. Lucy DeGuzman
Dr. Don Flanagan
Dr. Richard Grant
Dr. Brent Hassel
Dr. Kellyn Hodges
Dr. Kevin Ison
Dr. James Kendrick
Dr. Christine Michaels
Dr. Bradley Nirenblatt
Dr. Kent Phillips
Dr. Stuart Scott
Dr. Samuel Watts
Dr. David White
Dr. Kerry White-Brown
Dr. David Wyatt

    Any witnesses listed by any other party.

# EXHIBIT LIST

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| Various | MCCARTHY001676-MCCARTHY001976 | Bluesheets | 1 |
| | | Orthosynetics/OCA Financial Documents (Exhibits to 11/04/08 Cathy Green Deposition) | 2 |
| Various | MCCARTHY000001-MCCARTHY001582 | OCA-produced General Ledger Reports | 3 |
| Various | MCCARTHY001583-MCCARTHY001675 | OCA-produced Financials | 4 |
| Various | MCCARTHY002079-MCCARTHY002082 | Model Projections | 5 |
| Various | MCCARTHY002375 | Letter from Bart Palmisano, Jr. to Dr. McCarthy | 6 |
| 1993 | MCCARTHY002338-MCCARTHY002343 | Agreement for Professional Services | 7 |
| 1993 | MCCARTHY002344-MCCARTHY002351 | Partnership Agreement | 8 |
| 1993 | MCCARTHY002327-MCCARTHY002337 | Consulting, Licensing, Advertising, and Agency Agreement | 9 |
| 1993 | MCCARTHY002317-MCCARTHY002321 | Addendum to Agreement for Professional Services | 10 |
| 1993 | MCCARTHY002313-MCCARTHY002316 | Addendum to Consulting, Licensing, Advertising, and Agency Agreement | 11 |
| 02/10/1993 | MCCARTHY002328-MCCARTHY002331 | Letter from Bart Palmisano, Sr. to McCarthy | 12 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 03/04/1993 | MCCARTHY002310-MCCARTHY002312 | Letter from Bart Palmisano, Sr. to McCarthy | 13 |
| 03/30/1993 | MCCARTHY002006-MCCARTHY002013 | Partnership Agreement | 14 |
| 03/30/1993 | MCCARTHY002029-MCCARTHY002032 | Addendum to Consulting, Licensing, Advertising, and Agency Agreement | 15 |
| 03/30/1993 | MCCARTHY002027-MCCARTHY002028 | Addendum to Agreement for Professional Services | 16 |
| 03/30/1993 | MCCARTHY002021-MCCARTHY002026 | Agreement for Professional Services | 17 |
| 03/30/1993 | MCCARTHY002014-MCCARTHY002020 | Consulting, Licensing, Advertising, and Agency Agreement | 18 |
| 06/22/1993 | MCCARTHY002252-MCCARTHY002253 | Letter from Bart Palmisano, Sr. to McCarthy | 19 |
| 07/02/1993 | MCCARTHY002222 | Letter from Bart Palmisano, Sr. to Jeff Quaritius | 20 |
| 10/29/1993 | MCCARTHY002158-MCCARTHY002160 | Letter from James Ward (Board attorney) to McCarthy | 21 |
| 11/18/1993 | MCCARTHY002142 | Handwritten notes | 22 |
| 11/22/1993 | MCCARTHY002137 | Memo from Bart Palmisano, Sr. to Terri Zeringue | 23 |
| 11/24/1993 | MCCARTHY002138-MCCARTHY002139 | General Ledger | 24 |
| 12/08/1993 | MCCARTHY002135-MCCARTHY002136 | Letter from Bart Palmisano, Sr. to McCarthy | 25 |
| 05/20/1994 | MCCARTHY002126-MCCARTHY002127 | Letter from James Ward to McCarthy | 26 |
| 05/25/1994 | MCCARTHY002110 | Fax from McCarthy to Bart Palmisano, Jr. | 27 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 06/20/1994 | MCCARTHY002125 | Letter from James Ward to McCarthy | 28 |
| 06/28/1994 | MCCARTHY002123-MCCARTHY002124 | Letter from James Ward to McCarthy | 29 |
| 07/01/1994 | MCCARTHY002128 | Memo from Bart Palmisano, Jr. to Jeff Rabin | 30 |
| 07/04/1994 | MCCARTHY002119-MCCARTHY002122 | Letter from McCarthy to Bart Palmisano, Sr. | 31 |
| 07/13/1994 | MCCARTHY002108 | Draft letter from McCarthy to Dental Board | 32 |
| 07/19/1994 | MCCARTHY002107 | Memo from Bart Palmisano, Sr. to Jeff Rabin | 33 |
| 07/22/1994 | MCCARTHY002105-MCCARTHY002106 | Memo from Jon Sundock to Jeff Rabin | 34 |
| 07/25/1994 | MCCARTHY002103-MCCARTHY002104 | Memo from Jon Sundock to Jeff Rabin | 35 |
| 08/15/1994 | MCCARTHY002094-MCCARTHY002096 | Memo from Bart Palmisano, Sr. to Gasper Lazzara | 36 |
| 08/17/1994 | MCCARTHY002086-MCCARTHY002091 | Letter from Alan Marshall to Jeff Rabin | 37 |
| 08/17/1994 | MCCARTHY002084 | Memo from Jeff Rebin to Alan Marshall | 38 |
| 08/17/1994 | MCCARTHY002092 | Memo from Jeff Rabin to Jon Sundock | 39 |
| 08/18/1994 | MCCARTHY002085 | Letter from Bart Palmisano, Sr. to Alan Marshall | 40 |
| 08/30/1994 | MCCARTHY002075-MCCARTHY002076 | Letter from Bart Palmisano, Sr. to McCarthy | 41 |
| 09/01/1994 | MCCARTHY002061-MCCARTHY002063 | Articles of Incorporation of Birmingham Orthodontic Specialists, Inc. | 42 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 10/18/1994 | MCCARTHY001978-MCCARTHY002004 | Management Agreement | 43 |
| 08/08/1995 | | Letter from Neil Krugman to McCarthy | 44 |
| 08/27/1997 | MCCARTHY002054 | Letter from Paul Spansel to Dr. Ted Jones | 45 |
| 06/30/1999 | MCCARTHY001583-MCCARTHY001585 | Balance Sheet for 1995-1999 | 46 |
| 03/02/2002 | MCCARTHY002100 | Fax from McCarthy to Bart Palmisano, Sr. | 47 |
| 12/31/2002 | MCCARTHY001608-MCCARTHY001611 | Quarterly statement for the 5Q ending 12/31/2002 | 48 |
| 02/25/2003 | MCCARTHY002047 | Letter from McCarthy to Jenee Dugas | 49 |
| 04/05/2003 | MCCARTHY002041 | Email from Donna Moorer to Laura Totora | 50 |
| 04/09/2003 | MCCARTHY002038-MCCARTHY002039 | Amendment to Management Agreement | 51 |
| 04/09/2003 | MCCARTHY002042-MCCARTHY002043 | Amendment to Management Agreement [redlined changes] | 52 |
| 04/22/2004 | MCCARTHY002373 | Unpaid health license bill | 53 |
| 04/07/2005 | MCCARTHY002375 | Letter from Bart Palimisano, Jr. to Dr. McCarthy | 54 |
| 11/30/2005 | MCCARTHY002454 | Copy of patient refund paid by McCarthy and not OCA | 55 |
| 12/01/2005 | MCCARTHY002455 | Past due Kodak invoice | 56 |
| 02/15/2006 | MCCARTHY002034-MCCARTHY002037 | Notice of Default | 57 |
| 03/15/2006 | MCCARTHY002044-MCCARTHY002045 | Notice of Termination Based Upon Repudiation by OCA | 58 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 03/31/2006 | MCCARTHY001672-MCCARTHY001675 | Quarterly statement for 1Q 2006 | 59 |
| Various | MCCARTHY1002372-MCCARTHY1002373 | Jefferson County Department of Health Invoices | 60 |
| Various | MCCARTHY1002391-MCCARTHY1002412 | Advance Travel and Tours, Inc. documents | 61 |
| Various | MCCARTHY1002413-MCCARTHY1002470 | Various invoices to and payments by McCarthy | 62 |
| | | FASB Interpretation No. 46 (Revised December 2003)(FIN 46R) | 63 |
| | CUPO0100189-1897 | OCA's "Frequently Asked Questions" | 64 |
| | CUPO0100188-1891 | OCA's Financial Explanations | 65 |
| 10/28/2002 | CUPO001713-CUPO001714 | OCA letter confirming fee increase to Dr. Cupo | 66 |
| | Manuals000468-Manuals000515 | OCA's Employee Policies and Benefits Manual | 67 |
| | | OCA's Orthodontic Treatment Overview Manual | 68 |
| | | OCA's "Smile Makeover" videotape, fast acting adult braces, first impressions laminates, and lightning white | 69 |
| | Manuals00001-Manuals00333 | OCA's clinical manual "Tooth Movement Edgewise Technique, Removing and Replacing Arch Wires" | 70 |
| | Manuals000516-Manuals000771 | OCA's "Forms Book" dated June 2001 | 71 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|------|----------|-------------|-------------|
|  |  | Declaration of Robert M. Brlas in Opposition to Plaintiff's First Motion for Partial Summary Judgment dated March 3, 2006, filed in _Quas v. OCA_ - 04-CV-6292-TC, US District Court, District of Oregon | 72 |
|  | OCA0014663-OCA0014675 | Rule 26(a)(2)(B) Rebuttal Report of Robert M. Brlas, dated April 19, 2005, filed in _OCA v. Cook_ - CV03-2137 PHX ROS, US District Court, District of Arizona | 73 |
|  |  | Deposition transcript of Terri Zeringue, dated December 5, 2006 | 74 |
|  |  | Deposition transcript of Anthony Paternostro, dated December 5, 2006 | 75 |
|  |  | Deposition transcript of Terri Zeringue dated June 19, 2003 taken in _Zeh v. OCA_ - 3:01CV-408R, US District Court, Western District of Kentucky | 76 |
|  |  | Deposition Transcript of Bart Palmisano Jr. dated June 20, 2003 taken in _Zeh v. OCA_ - 3:01CV-408R, US District Court, Western District of Kentucky | 77 |
|  |  | Affidavit of Bart Palmisano Jr. dated September 22, 2003 filed in _Zeh v. OCA_ - 3:01CV-408R, US District Court, Western District of Kentucky | 78 |
|  |  | Affidavit of Bart Palmisano Jr. dated January 20, 2005 filed in _Namay v. OCA_ - 3:03-CV-7226, US District Court, Northern District of Ohio | 79 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| | OCA0014725-OCA0014814 | Deposition transcript of Bart Palmisano dated August 25, 2003 taken in *Hobson v. OCA* - CIV-S02-886 US District Court, Eastern District of California | 80 |
| | OCA0014815-OCA0014907 | Deposition transcript of Mike Cusimano dated August 29, 2003 taken in *Hobson v. OCA* - CIV-S02-886 US District Court, Eastern District of California | 81 |
| | OCA0014908-OCA0014979 | Deposition transcript of Terri Zeringue dated August 27, 2003 taken in *Hobson v. OCA* - CIV-S02-886 US District Court, Eastern District of California | 82 |
| | OCA0015002-OCA0015470 | Deposition transcript of Tony Paternostro dated August 28-29, 2003 taken in *Hobson v. OCA* - CIV-S02-886 US District Court, Eastern District of California | 83 |
| | OCA0015471-OCA0015696 | Trial testimony of Bart Palmisano Jr. dated August 2, 2004 in *Hobson v. OCA* - CIV-S02-886 US District Court, Eastern District of California | 84 |
| | OCA0015697-OCA0015845 | Trial testimony of Tony Paternostro dated August 2, 2004 in *Hobson v. OCA* - CIV-S02-886 US District Court, Eastern District of California | 85 |
| | OCA0015846-OCA0015943 | Deposition transcript of Bart Palmisano dated March 7, 2005 taken in *Namay v. OCA* - 3:03-CV-7226, US District Court, Northern District of Ohio | 86 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| | OCA0015944-OCA0016000 | Deposition transcript of Irving R. Lester dated March 9, 2005 taken in *Namay v. OCA* - 3:03-CV-7226, US District Court, Northern District of Ohio | 87 |
| | OCA0016001-OCA0016068 | Deposition transcript of Neil Krugman March 8, 2005 taken in *Namay v. OCA* - 3:03-CV-7226, US District Court, Northern District of Ohio | 88 |
| | OCA0016069-OCA0016136 | Deposition transcript of Terri Zeringue dated March 8, 2005 taken in *Namay v. OCA* - 3:03-CV-7226, US District Court, Northern District of Ohio | 89 |
| | OCA0016137-OCA0016208 | Deposition transcript of Thomas Gennaro dated March 9, 2005 taken in *Namay v. OCA* - 3:03-CV-7226, US District Court, Northern District of Ohio | 90 |
| | OCA0016209-OCA0016293 | Deposition transcript of Tony Paternostro dated March 9, 2005 taken in *Namay v. OCA* - 3:03-CV-7226, US District Court, Northern District of Ohio | 91 |
| | | Deposition transcript of Cathy Feagin dated October 10, 2008, taken in *Amason v. OCA-* 2:06CV-02933-SSV-DEK, US District Court, Eastern District of Louisiana | 92 |
| | OCA0010001-OCA0013260 | OCA Corporate General Ledger | 93 |
| | OCA0013261-OCA0013263 | OCA Cash Collections | 94 |
| | OCA0013264 | OCA Case Starts | 95 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| | | ARB No. 51, 1959, "Consolidated Financial Statements." | 96 |
| 04/30/2004 | | OCA Minutes of Meeting of the Board of Directors | 97 |
| 11/05/2004 | | OCA Minutes of the Meeting of the Board of Directors | 98 |
| 03/11/2005 | | OCA Agenda for Board Meeting | 99 |
| 08/02/2004 | | OCA Agenda for Board Meeting | 100 |
| | | Memorandum to John Shay (Ernst & Young) from OCA | 101 |
| 02/04/2004 | | Ernst & Young, 2004, "OCA's Revenue Recognition." Letter and draft white paper written by John Shay of Ernst & Young to Bart Palmisano, Sr. of OCA. | 102 |
| | | FASB Statement No. 94, 1987, "Consolidation of All Majority-Owned Subsidiaries." | 103 |
| | | FASB White Paper, 1994, "Preliminary Views on Major Issues Related to Consolidation Policy." | 104 |
| | | FASB, 1995, "Exposure Draft on Consolidated Financial Statements: Policies and Procedures." | 105 |
| | | FASB, 1999, Revised Exposure Draft entitled "Consolidated Finance Statements: Purpose and Policy." | 106 |
| | | FASB Staff Position No. FIN 46R-2, 2004, "Calculation of Expected Losses under FASB Interpretation No. 46." | 107 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| | | FASB Exposure Draft, 2005, "Consolidated Financial Statements, Including Accounting and Reporting of Noncontrolling Interest in Subsidiaries." | 108 |
| 03/05/2004 | | Letter from Bart Palmisano of OCA to Mr. John Shay of Ernst & Young. | 109 |
| | | OrthAlliance, Inc., 2001, "SAB 101 Position Paper." | 110 |
| | | Price Waterhouse Coopers, 2001 (1), "SIC-12 and FIN 46R: The Substance of Control." | 111 |
| | | Price Waterhouse Coopers, 2004 (2), Memo from Kenneth Verheeck/New Orleans, LA to The OCA File/New Orleans, LA, April 21, Subject: "FIN 46 adoption by OCA." | 112 |
| | | Price Waterhouse Coopers, 2004 (3), "FASB's Interpretation No. 46R (FIN 46R): Consolidation of Variable Interest Entities." QuickBrief Volume 2. Issue 1. January, 2004. | 113 |
| | | OCA Consolidated Income Statement for 3 Months Ending 09/30/2002 and 9 Months Ending 09/30/2002 for Macon and Cascade | 114 |
| | | SEC Staff Accounting Bulletin (SAB): No. 101, 1999, "Revenue Recognition in Financial Statements." | 115 |
| 11/28/2001 | GROUP1DRS000103-108 | Memorandum from Bart Palmisano, Sr. Re: Meeting with John Shay with Ernst & Young and Attachments | 116 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 11/28/2001 | GROUP1DRS000131-139 | Memorandum from Bart Palmisano, Sr. Re: Meeting with John Shay with Ernst & Young and Attachments | 117 |
| 04/26/2004 | GROUP1DRS000146-148 | Email from Kenneth Verheeck to David Verret regarding whether OCA should consolidate the affiliated practices | 118 |
| 03/15/2004 | GROUP1DRS000060-61 | Ernst & Young Letter to the Audit Committee of OCA regarding material weaknesses. | 119 |
| 03/05/2004 | GROUP1DRS000065-67 | Letter to John Shay of Ernst & Young regarding conversation with Mr. Tada (CEO of OCA Japan) about doctor receivables | 120 |
| 04/12/2001 | GROUP1DRS000078-80 | Ernst & Young Letter to the Audit Committee of OCA regarding reporting requirements. | 121 |
| 05/29/2003 | GROUP1DRS000081-102 | Ernst & Young Letter to Bart Palmisano, Sr. with attached schedules | 122 |
| 04/12/2001 | GROUP1DRS000112-113 | Ernst & Young Letter to the Audit Committee of OCA | 123 |
| 2002 | GROUP1DRS000114-127 | Ernst & Young Audit Comments | 124 |
| 2003 | GROUP1DRS000128-130 | Ernst & Young Audit Results and Communications | 125 |
| 11/01/2005 | | PWC Letter to Audit Committee | 126 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 09/09/2005 | | Alvarez and Marsal Letter to Bart Palmisano, Sr. and Board of Directors | 127 |
| | | McCarthy General Ledgers | 128 |
| | Group I Doctors Excel Spreadsheets 000001- Group I Doctors Excel Spreadsheets 000723 | Excel Spreadsheets | 129 |
| | BUSH004169 | OCA Offer of Partnership to Bush | 130 |
| 03/29/1994 | OCA-MICHAELS00038 OCA-MICHAELS00041 | OCA Initial Letter of Intent to Dr. Michaels | 131 |
| 09/27/1994 | HASSEL001103-HASSEL001108 | OCA Letter Agreement to Dr. Hassel | 132 |
| 02/23/1995 | MEADER001165-MEADER001170 | OCA Letter Agreement to Dr. Meader | 133 |
| 10/10/1995 | BUSH004150 | Palmisano Letter to Kenneth Wright re: partnership agreements changed to Management Agreements | 134 |
| 10/10/1995 | BUSH004151 | Palmisano Letter to Benard Maddox re: partnership agreements changed to Management Agreements | 135 |
| 10/28/2002 | APOLLON00116-APOLLON00117 | OCA letter confirming fee increase to Dr. Apollon | 136 |
| 10/28/2002 | AMASON001062-AMASON001063 | OCA letter confirming fee increase to Dr. Amason | 137 |
| 10/28/2002 | DEGUZMAN001961-DEGUZMAN001962 | OCA letter confirming fee increase to Dr. DeGuzman | 138 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 10/28/2002 | FLANAGAN001642-FLANAGAN001643 | OCA letter confirming fee increase to Dr. Flanagan | 139 |
| 10/28/2002 | HODGES001795-HODGES001796 | OCA letter confirming fee increase to Dr. Hodges | 140 |
| 10/28/2002 | ISON002665-ISON002666 | OCA letter confirming fee increase to Dr. Ison | 141 |
| 10/28/2002 | KENDRICK000862-KENDRICK000863 | OCA letter confirming fee increase to Dr. Kendrick | 142 |
| 10/28/2002 | KUIPERS002400-KUIPERS002401 | OCA letter confirming fee increase to Dr. Kuipers | 143 |
| 10/28/2002 | PETERS001531-PETERS001532 | OCA letter confirming fee increase to Dr. Peters | 144 |
| 10/28/2002 | PHILLIPS002666-PHILLIPS002667 | OCA letter confirming fee increase to Dr. Phillips | 145 |
| 10/28/2002 | SCOTT002009-SCOTT002010 | OCA letter confirming fee increase to Dr. Scott | 146 |
| 10/28/2002 | WATTS001623-WATTS001625 | OCA letter confirming fee increase to Dr. Watts | 147 |
| 10/28/2002 | WHITE_K002418-WHITE_K002419 | OCA letter confirming fee increase to Dr. K. White | 148 |
| 10/28/2002 | WHITE_D001045-WHITE_D001046 | OCA letter confirming fee increase to Dr. D. White | 149 |
| 03/31/1997 | | OCA 10-K 9 (and Amendments) | 150 |
| 03/31/1998 | | OCA 10-K | 151 |
| 04/01/1999 | | OCA 10-K | 152 |
| 12/31/1999 | | OCA 10-K (and Amendments) | 153 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 04/17/2001 | | OCA 10-K (and Amendments) | 154 |
| 03/25/2002 | | OCA 10-K | 155 |
| 03/31/2003 | | OCA 10-K | 156 |
| 03/15/2004 | | OCA 10-K | 157 |
| 03/16/2001 | | OCA 8-K | 158 |
| 04/26/2004 | | OCA 8-K | 159 |
| 07/26/2004 | | OCA 8-K | 160 |
| 08/10/2004 | | OCA 8-K | 161 |
| 11/15/2004 | | OCA 8-K | 162 |
| 06/07/2005 | | OCA 8-K | 163 |
| 07/19/2005 | | OCA 8-K | 164 |
| 08/19/2005 | | OCA 8-K | 165 |
| 09/08/2005 | | OCA 8-K | 166 |
| 10/31/2005 | | OCA 8-K | 167 |
| 11/01/2005 | | OCA 8-K | 168 |
| 11/04/2005 | | OCA 8-K | 169 |
| 11/08/2005 | | OCA 8-K | 170 |
| 12/01/2005 | | OCA 8-K | 171 |
| 12/06/2005 | | OCA 8-K | 172 |
| 12/13/2005 | | OCA 8-K | 173 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|---|---|---|---|
| 03/14/2006 | | OCA 8-K | 174 |
| 03/31/2002 | | OCA 10-Q | 175 |
| 06/30/2002 | | OCA 10-Q | 176 |
| 09/30/2002 | | OCA 10-Q | 177 |
| 03/31/2003 | | OCA 10-Q | 178 |
| 06/30/2003 | | OCA 10-Q | 179 |
| 09/30/2003 | | OCA 10-Q | 180 |
| 03/31/2004 | | OCA 10-Q | 181 |
| 06/30/2004 | | OCA 10-Q | 182 |
| 09/30/2004 | | OCA 10-Q | 183 |
| Various | | McCarthy's Abbey Road OCA-produced quarterly Financial Statements | 184 |
| Various | | McCarthy's Profit and Loss Statements, Quarterly Statements, Monthly Production Statistics, Corporate Allocation Reports, and composite ledgers generated through OCA's Abbey Road software | 185 |
| | GROUP1DRS000131-GROUP1DRS015830 | Various documents provided by OCA | 186 |
| | OCA0013265-OCA0016459 | Various documents provided by OCA | 187 |
| | | Any documents produced in discovery | 188 |
| | | Any documents attached as exhibits to depositions | 189 |

| DATE | BATE NO. | DESCRIPTION | EXHIBIT NO. |
|------|----------|-------------|-------------|
|      |          | Any documents produced by expert witnesses | 190 |
|      |          | Any documents listed by any other party | 191 |
|      |          | Any exhibit for impeachment purposes | 192 |

Respectfully submitted,

/s/ Robert J. Burvant
Robert J. Burvant, Esq.
LA State Bar No. 14119
**King, Krebs & Jurgens, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Fax: (504) 582-1233
E-mail: rburvant@kingkrebs.com

Richard M. Goldstein, Esq.
Florida Bar No. 197319
Keith R. Gaudioso, Esq.
Florida Bar No. 034436
**Goldstein, Tanen & Trench, P.A.**
One Biscayne Blvd., Suite 3700
Miami, FL 33131-1804
Telephone: (305) 374-3250
Facsimile: (305) 374-7632

Counsel for MICHAEL F. McCARTHY, D.M.D.
and MICHAEL F. McCARTHY, D.M.D., P.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Witness and Exhibit List has been served upon the designated counsel below via electronic mail on March 9, 2009.

| | |
|---|---|
| Drew R. Ballina<br>Tristan Manthey<br>Heller, Draper, Hayden, Patrick & Horn, LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130 | David S. Steefel<br>Matthew J. Smith<br>Husch Blackwell Sanders, LLP<br>1700 Lincoln Street, Suite 4700<br>Denver, CO 80203 |
| Marguerite K. Kingsmill<br>Thomas P. Henican<br>Christy R. Bergeron<br>201 St. Charles Avenue, Suite 3300<br>New Orleans, LA 70170 | |