**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: OCA, Inc.**                                    **CIVIL ACTION**
                                                        **NO. 06-XXXXX***
                                                        **SECTION "R" (3)**

### ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within ninety days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this ___14th___ day of April, 2009.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

_____

*Specifically, the following cases: Civ. Docket Nos. 06-2933, 06-2938, 06-2940, 06-3228, 07-0474, 07-0479, 07-0480, 07-5614, 07-5615, 07-5616, 07-5618, 07-5619, 07-5620, 07-5621, 07-5624, 07-5625, 07-5627, 07-5629, 07-5630, 07-5633, 07-5634, 07-5635, 07-5636, 07-5637, 07-5638, 07-5639, 07-5640, 07-5641, 07-5642, 07-5643.